Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 13-01620-8-SWH | Judge: STEPHANI W. HUMRICKHOUSE | Trustee Name: | Gregory B. Crampton |
|---|---|---|---|---|
| Case Name: | MARTIN, MICHAEL EUGENE | | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | | 341(a) Meeting Date: | 04/12/13 |
| For Period Ending: | 12/31/13 | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 108 S. Clarendon Drive Nashville, NC 27856 (TbyE) Tenancy by Entirety exemption claimed | 145,000.00 | 0.00 | | 0.00 | FA | 91,439.67 | 53,560.33 |
| 2. Bus. Property 1000 Instrument Dr. Rocky Mount,NC Tenancy by Entirety exemption claimed | 150,000.00 | 0.00 | | 0.00 | FA | 29,305.00 | 120,695.00 |
| 3. Vacant Lot 42.64 Acres Womble Rd Nashville, NC Tenancy by Entirety exemption claimed | 130,000.00 | 0.00 | | 0.00 | FA | 80,541.41 | 48,588.21 |
| 4. Providence Checking Account Debtor Claimed Exemption | 8,339.07 | 0.00 | | 0.00 | FA | 0.00 | 8,339.07 |
| 5. Northwestern Mutual Term Life Ins Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. Northwestern Mutual Whole Life Ins Debtor Claimed Exemption | 207.97 | 0.00 | | 0.00 | FA | 0.00 | 207.97 |
| 7. State Farm Whole Life Ins Debtor Claimed Exemption | 11,882.04 | 0.00 | | 0.00 | FA | 0.00 | 11,882.04 |
| 8. Primerica Term Life Ins Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. Northwestern Mutual IRA Debtor Claimed Exemption | 39,390.61 | 0.00 | | 0.00 | FA | 0.00 | 39,390.61 |
| 10. 49% Interest in Martin Industrial Maintenance | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. 2011 GMC Sierra Mileage: 89,000 Lienholder - State Farm Bank | 16,175.00 | 0.00 | | 0.00 | FA | 47,000.00 | 0.00 |
| 12. 2008 GMC Yukon Mileage: 87,000 Lienholder - State Farm Bank Vehicle and Wild Card exemption claimed | 20,975.00 | 0.00 | | 0.00 | 0.00 | 9,141.00 | 7,500.00 |
| 13. 2005 Nissan Altima Mileage: 99,163 | 5,225.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. 1995 Nissan Pickup Mileage: 136,163 | 1,775.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 15. 1996 Coachman Camper | 4,500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 16. 2007 Honda CRF 80F Dirt Bike Hours: 150 | 600.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |

LFORM1EX                                                                                                                                           Ver. 17.04c

Page: 2

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:     13-01620-8-SWH    Judge: STEPHANI W. HUMRICKHOUSE
Case Name:   MARTIN, MICHAEL EUGENE

Trustee Name: Gregory B. Crampton
Date Filed (f) or Converted (c): 03/14/13 (f)
341(a) Meeting Date: 04/12/13
Claims Bar Date:

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Est Net Value<br>(Value Determined<br>by Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets | 7<br>Lien<br>Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|
| 17. 2008 Honda CRF 150R8 Dirt Bike Hours: 200 | 1,800.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 18. 2008 Honda CRF 230 Dirt Bike Hours: 100 | 1,700.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. Golf Cart<br>Lienholder - Sheffield | 5,000.00 | 0.00 | | 0.00 | FA | 5,154.83 | 0.00 |
| 20. 2007 Yamaha Waverunner 3 Seater<br>Lienholder - HSBC | 4,000.00 | 0.00 | | 0.00 | FA | 5,638.00 | 0.00 |
| 21. Miscellaneous Tools<br>Debtor Claimed Exemption | 3,000.00 | 0.00 | | 0.00 | FA | 0.00 | 3,000.00 |
| 22. Cash | 30.00 | 0.00 | | 0.00 | | 0.00 | 0.00 |
| 23. HOUSEHOLD GOODS AND FURNISHINGS<br>Debtor Claimed Exemption | 2,025.00 | 0.00 | | 0.00 | FA | 0.00 | 2,015.00 |
| 24. BOOKS AND ART OBJECTS<br>Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 25. WEARING APPAREL<br>Debtor Claimed Exemption | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 250.00 |
| 26. JEWELRY<br>Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 27. FIREARMS AND HOBBY EQUIPMENT<br>Debtor Claimed Exemption | 950.00 | 0.00 | | 0.00 | FA | 0.00 | 950.00 |
| TOTALS (Excluding Unknown Values) | $553,224.69 | $0.00 | | $0.00 | $0.00 | $268,219.91 | $296,778.23 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is in negotiations with Debtor re his purchase of excess non-exempt equity in certain assets from funds that are

LFORM1EX                                                                                                                                                                                Ver: 17.04c

Page: 3

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 13-01620-8-SWH    Judge: STEPHANI W. HUMRICKHOUSE | Trustee Name: Gregory B. Crampton |
| Case Name: | MARTIN, MICHAEL EUGENE | Date Filed (f) or Converted (c): 03/14/13 (f) |
| | | 341(a) Meeting Date: 04/12/13 |
| | | Claims Bar Date: |

not property of the estate. Amount of excess equity has been agreed to on a preliminary basis. Debtor has offered a second deed of trust position to the Trustee on real property owned with his wife as tenancy by entireties, to support a delayed payment upon sale of such real property. Trustee is interested in selling excess equity for cash, and not on a secured/future sale basis. Private sale of excess equity ($18,934) to Debtor would realize greater recovery value. If negotiations are unsuccessful, Trustee will sell at auction.

No funds received by Trustee, therefore, no Form II required.

Initial Projected Date of Final Report (TFR): 03/30/14        Current Projected Date of Final Report (TFR): 08/31/14

_/s/ Gregory B. Crampton_    Date: 1/19/2014
Gregory B. Crampton

Ver: 17.04c
LFORM1EX